Federal National Mortgage Association et al., Appellants, *v.* Ohio Farmers Insurance Co.

Argued November 10, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Michael J. Stack, Jr.,* with him *O'Halloran, Stack & Smith,* for original plaintiff, appellant.

*M. Stuart Goldin,* with him *Isenberg, Goldin & Blumberg,* for interpleaded plaintiffs, appellants, at No. 418.

*Joseph Head,* with him *Swartz, Campbell & Detweiler,* for appellee.

OPINION PER CURIAM, May 4, 1973:

Decree affirmed. All parties to bear own costs.

Mr. Justice ROBERTS and Mr. Justice MANDERINO dissent.